AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Department of Human Health<br>Of the State of Nebraska<br><br>Defendant(s) | Case No.<br><br>2:22-cv-00056-Z |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAR 1 4 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 28, 2022__ in the county of __Scottsbluff/ Gering, Nebraska__ in the _____ District of _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 41 U.S. Code § 6503 - Breach or violation of required contract terms | (2) An amount equal to the sum of each underpayment of wages due an employee engaged in the performance of the contract, including any underpayments arising from deductions, rebates, or refunds. |

This criminal complaint is based on these facts:

Fact: Susanne Becker sign a third party contract for DHHS to do job searches, counsel an community a 24/7 job through McConaughy Discovery Center to BSM.ins to DHHS.Federal pay under Contract.
Federal Question: Did Susanne engaged in the performance of the contract? Yes! Does DHHS owes Susanne 15,669.23 dollars for February? Susanne needs to pay for her MEDICAL and Bills.

☐ Continued on the attached sheet.

s/Susanne Becker
*Complainant's signature*

Susanne Becker
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*